UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:24-cv-00025-BO-BM

KYLE MORGAN,

        Plaintiff,

vs.

SANDRA C. JOHNSON,

        Defendant.

**STIPULATION FOR
PLAINTIFF'S VOLUNTARY
DISMISSAL WITH PREJUDICE**

    Plaintiff Kyle Morgan, by and through his counsel of record, and Defendant SANDRA C. JOHNSON, by and through her counsel of record, stipulate to Plaintiff's voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated: October 3, 2024

/s/ David J. Martin
_____
David J. Martin, Esq.
Attorney for Plaintiff
N.C. Bar No.: 40309
Box 135
Winterville, NC 28590

/s/ Adam M. Gottsegen
_____
Adam Gottsegen, Esq.
Attorney for Defendant
NC Bar No.: 28546
PO Box 18237
Raleigh, NC 27619

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the parties shown below. There are no non-CM/ECF participants.

Dated: October 3, 2024

/s/ David J. Martin
_____
David J. Martin, Esq.